# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

MITCHELL L. PASCUAL, Partner
mpascual@scarincihollenbeck.com
Direct Phone: 201-623-1231   Direct Fax: 201-806-3486

**MEMO ENDORSED**

August 21, 2008

**Via Federal Express**



Hon. Lewis A. Kaplan, U.S.D.J.
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
Room 1310, Courtroom 12D
New York, NY  10007

Re:  **Sternau v. Ramsey Press, Inc.**
     **Case No. 08-CV-6671**

Dear Judge Kaplan:

This firm has recently been asked to represent Defendant Ramsey Press, Inc. with regard to the above matter.  This correspondence serves to request a brief extension of time within which to file our Answer.  We have attempted to contact our adversary, Brooks Banker, Esq., to seek his consent for the request but we have had to leave a message on his answering machine.  We are seeking a 15 day extension of time.

Kindly advise me of the Court's decision with regard to our request for an extension of time to file an Answer to September 5, 2008.

Very truly yours,
SCARINCI HOLLENBECK

*Mitchell L. Pascual*

MITCHELL L. PASCUAL
For the Firm

MLP/pm
cc:  Brooks Banker, Esq.

GRANTED 8/21/08

*Paul A. Crotty*
Paul A. Crotty – Part I
U.S.D.J.

{00397136.DOC}

1100 Valley Brook Avenue, PO Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com